UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER PEREZ,

    Plaintiff,

v.

                                  Case No. 21-cv-11827
                                  Hon. Matthew F. Leitman

FRED L. BORCHARD, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order Summarily Dismissing Case, dated May 3, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                  KINIKIA ESSIX
                                  CLERK OF COURT

                      By:   s/Holly A. Ryan
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 3, 2022
Detroit, Michigan